FILED 10 HUG '26 10:17 USDC-ORP

Ryan Boucher Bieber-Bonneau
Inmate Number 2606658
215 SW Adams Ave. MS35
Hillsboro, OR 97123
ryanbonneau@yahoo.com PACER
ryan.bonneau@cia.gov CIA
ryan.bonneau@usss.dhs.gov U.S.S.S.
public figure facebook www.facebook.com/ryanxk

IN THE UNITED STATES DISTRICT COURT
— FOR THE DISTRICT OF OREGON —
PORTLAND DIVISION

| | |
|---|---|
| RYAN BOUCHER BIEBER-BONNEAU; aka RYAN BONNEAU; aka The Chosen One from the Cannibal Bible Bomb July 21, 1976; et al, Petitioner<br><br>v.<br><br>UNKNOWN WARDEN WASHINGTON COUNTY JAIL, et al.; Respondents. | NO. 26-CV-01503-CL<br><br>DECLARATION IN SUPPORT OF PETITION AND MOTION FOR TRO/PI (POSSIBLY OTHER FILINGS TO FOLLOW)<br><br>*EMERGENCY PLEASE REVIEW IMMEDIATELY* |

1. NIGHMARE ON ANY STREET... UNDERSTATEMENT OF THE CENTURY; I GOTTA TELL YOU. ♫

(1) "Able" to aid and assist report attached that the State courts (multnomah rwashington) have ignored.

23 They have ignored EXHIBIT C to trap me for more de facto time in custody as explained.

2. How the hell are my peeps at the Federal Courthouses? I hope better than I have been to be

5. HONEST###

3. It's an EMERGENCY... not a joke. I need help before I choke a bloke. Does that count for Freedom of Speech or as an EXCITED UTTERANCE?

4. NOBODY SEEMS TO GIVE A SHIT ABOUT THE EVIL SITUATION HERE IN HILLSBORO, OREGON.

5. NO BUENO. ALL THESE SO-CALLED PEOPLE WHO ARE SUPPOSED TO BE ON MY SIDE SEEM TO DISAPPEAR WHEN I NEEDED THEM MOST... THEN COUPLE THAT WITH THE JEALOUS PIECES OF SHIT. A STROKE JOB IS WHAT I'M LEFT WITH...
MAYBE, UNLESS YOU DO YOUR JOB I WILL BE

HOSED...

②

23

6. I'm ... (believe it or not, it may sound coo-coo for cocoa puffs) usually not a CRY BABY. I can take my lumps when I'm to blame, but you lock me up and throw away the key, hey, don't ever call me one, but I'm gonna just about pitch a ROYAL BITCH about the waste, mis-use, abuse, and mistreatment of human beings QUICK on QUICK. JUST LIKE THAT! Will you actually hear me or will you humor me? TIME WILL TELL.

7. However, NOT ANYONE ever agreed to be ABUSED... even if you agreed to be, the agreement would not hold water... hot or cold, it would be VOID AB INITIO. You cannot have illegal terms or conditions in your so-called agreement... NOT EVER. IT'S REQUIRED TO BE OF SOUND MIND and not less than average intelligence

③

23 to even be a party to any contract... but when you throw constitutional transgressions of the law into the equasion and/or couple the same with rife abuse, bias crimes, and/or false imprisonment or physical/corporal punishment that violates even the minimum standards acceptable under the Geneva Convention (it would be almost a guarantee to be treated better by another countries jailor than I've been treated-not too far from my very own back yard) the Eighth amendment, the other variety of statutes and/or constitutional provisions I address are really a futile gesture when being held PAST THE DATE WHEN THE CASES WERE RESOLVED. COUPLE THAT WITH BAIL DENIAL ON FALSELY CREATED "INFORMATIONS" and an "ostensible" Parole Board hold being FRAUDULENTLY

④ PLACED OFF TOP TO SECURE

23 the arrest on MAY 21, 2026 in the first PLACE...!!

See Letter from "Washington County Oregon" "EXHYBIT △" somehow (by nothing less than a sheer miracle) they ADMITTED the original hold has been DROPPED... (sure, a futile GESTURE after 61 days of illegal detention-...) However I'm still "LUCKED UP" but nevertheless that parole board one I finally convinced them and it was indeed DROPPED.... shows you I'm not BULLSHITTEN!

I'm not one to play fuck-fuck games especially not when it comes to court or the justice system. It's against my religion to BEAR FALSE WITNESS.

⑤

23

(6) Similarly, if someone tells me one thing and "shit happens" then we regroup and make it a PRIORITY on the to do list. However if somebody lies to me with the sole intention of deception and/or thinks they can get one over on me by running SECRET COMBINATIONS or using SLICK WORDS... whether boldfaced barefaced, or hits me with bar mace — sicks a dog on me when they have a taser or multiple officers who have me cornered — you picked the wrong motherfucker to come at sideways. GAY BASHER SHIT, RELIGIOUS BIAS CRIMES (or any other type of HATE CRIMES ACT VIOLATIONS) will be met with swift return fire; not maybe. Any kind of gamesmanship or machinations I can generally sniff out with a quickness and extinguish. Of course beyond evil can be difficult to detect... evil can be spotted; you can generally avoid it. If not I'll box, I know how to. Here

(a) I'm being victimized. Do your job well, as soon as can be!

*[left margin notes:]* they are playing SMEAR THE QUEER or PINK POODLE either way it's NO BUENO, COMPRENDE

I NEED HELP RIGHT NOW DAMMIT

(7) On 5/21/26 I was out in the community after being — a few weeks earlier — accosted by two police at the Beaverton Transit Center (Tri-met purposefully cancelled my train to Wilsonville which can be linked to a series of Hate Crimes Act Violations leaving me stranded in the community) Per 18 U.S.C. §249 it can be a hate crime to kidnap v./ any bias crime like gender identity, race, religion, or sexual orientation to give a quick overview.
(see Filings on WASHINGTON COUNTY DOCKET, TOO) —Take Judicial Notice Please

(8) Imagine the abuse of power that it would take to pull that off? Cancelling buses, trains (MAX), and the cooler cozy type one that takes you between Beaverton Central and Wilsonville, Oregon. Well that was one of the first indicators I was screwed. Next comes who will harass me in the meantime before the next train comes? One will come eventually, but in this case not until morning. FML, I hate that one, but what do you say when somebody with that much clout or pull or can nudge and elbow at one for a favor

(9) who can shut down mass transit. It can be

23

scary to horrifying... especially when I stated that now we've got some evil conditions of confinement that only mirror-like I mentioned - Abu Gharib that I've seen. I've got some specialized training and have won TRO's + PI's coupled with HABEAS PETITION WINS, CIVIL CASE SUCCESSES, and even CRIMINAL WINS, see list now. It all begins smooth to the groove like sandwich bread - now we go:

-PI Granted by Anna J. Brown 11-cv-00801-BR(ST) Warden of Bonneau v. Thomas FCI-Sheridan was REQUIRED TO LIFT 6-mo. TELEPHONE RESTRICTION mid-case.

-TRO Granted by Anna J. Brown 11-cv-01347-BR(ST) On December 28, 2011 Bonneau v. Thomas December 27, 2011 Jennifer Baumeister Correctional Counselor contacted me at the evening move in UNIT 4B at the FCI. Jennifer could NOT BELIEVE she'd been contacted by the court to have an EMERGENCY HEARING THE NEXT DAY

⑧

**23**

9. Ms. Baumeister was flabbergasted. She stated "how can it be? The court has now called me and you have not even had your disciplinary hearing." Not verbatim but the gist of it was about that. "I cannot give you all my secrets at once... it will have to be piecemeal... However, I feel like I've been mistreated." Time to flabbergast these WCSO scumbags, to be HONEST.

10. The next day, I got a little "off topic" and the Judge, Anna J. Brown declared "Mr. Bonneau, I'm about to GRANT YOU'RE TEMPORARY RESTRAINING ORDER, so YOU'RE BARKING UP THE WRONG TREE." I ZIPPED IT. ("Blame it on The Add, Baby...♫") (I needed my medication; dammit. A whole other story!) It came to pass that like she promised, I GOT IT!

〈Abel Almaguer By present order FIRED 7/23 KILLORDER Read it! thru Brittany — Burton's eye◦ 10/23〉

11. As I write this paper, inmates are going "Pretzel" "Pretzel" "Pretzel" "Pretzel" and exaggerating "SO" this and "SO" that insinuating "SEX OFFENDER". They are directing the "SO" THIS and "SO" THAT at me. Guards + staff to are conspiring with the smear the queer shit, STRAIGHT UP. See 50 USC § 3531 etseq.

23

10 Take Judicial Notice of the following facts:

Judicially Notice Real Estate Title for — My home address can be easily verified:

> 594 S. Mapleton Drive
> Los Angeles, CA 90024
> (Los Angeles County)

I allowed the other two property owners to secure the funding from my ledger with a notable financier.

Note the fact there are no mortgages nor liens on the title — its free and clear. The tax assessed value is in excess of 100 million dollars.

It's nobody's business and we do not have to tell people about our "it's complicated life". As you'll see, I do not bullshit.

The property was acquired between August and November 2023, without me being free to do it, I have a screenshot of the above on my phone, 10 so I need to have the court see this public record.

23

13. Back to the Beaverton Transit Center. Someone sicked some security guards on me who I told to "BUZZ OFF" wearing Black + Yellow security uniforms A solo-cop came by, who I spoke to from the Beaverton Police. He was cordial, stated I had quite a wait but was fine with me doing that since the train got cancelled, I believe ON PURPOSE!

14. Like 2 or 3 hours into the wait I got accosted by some different black + yellow garbed security personnel. They advised me to go. There is some art-therapy at the Beaverton and Wilsonville stops that my relative created (different heads that can be moved around... like once at Wilsonville I made each head (there's an even number of them) make out with each other... in a way. ① Ⓐ Ⓑ ② Ⓒ Ⓓ ③ Ⓔ Ⓕ ④ Ⓖ Ⓗ ⑤ Ⓘ Ⓙ ⑥ Ⓚ Ⓛ ♥ ... that was before I knew what they represented, to be HONEST. Small world, but my relative's art therapist I actually lost my virginity too... that's why you gotta be cognizant of the fact that you might run into people later in life. For me, its a rare occasion when somebody actually has a valid beef with me.

23

15. Back to bearing false witness, and not to be too much of a religious zealot, but GOD HATES IT WHEN PEOPLE DO IT. Its a tangled web thats weaved, when people practice to deceive. Makes me want to hurl, blow chunks, barf, toss my cookies, to be honest it's a gradient. I might lie and say I'm at the Airport Way exit when I'm really at Padden Parkway, when I'm headed to Johnson Creek Blvd — However, if my friend tells me that if she disappears that it's her ex-who's responsible....if she cannot be located at any given time and it gets too late or it's been too long, I'll reach out to try and get in touch or find the person as quickly as can be. If I cannot, I'll call the police. Just an example...

16. Next, the original cop comes back with one who was present on December 1, 2005 when a K-9 was used on me to attempt at gaining my compliance when cuffing up. I asked that the officer call his supervisor and called 911 while I recorded the footage on my telephone. I can supply it with pleasure once I get my mitts on it (or have counsel do it, if appointed).

23

17. Officer Maycock is the one who allowed me to eventually be attacked by a Hillsboro P.O. K-9 on the Max Train December 1, 2025 where I was passive and had NOWHERE TO RUN, being at the very rear of the train away from any type of exit. The ingress and egress was completely blocked by law enforcement. I would not have been able to get anywhere had I tried to run past them. Alas, it was clearly excessive to release a "people eater" dog to bite me on the right-knee.

18. I am afraid my cell phone could be tampered with while locked up here at Washington County Jail.

need transcript-subpoena duces tecum

19. On 6/8/26 Judge Upper was notified that I "FIRED" my attorney and I was left in custody from 6/8/26 to present (now 7/28/26... its 50 days later) a fast and speedy disposition of charges was filed on all washington county cases back in march '26, but my attorney fiddled around and caused a de facto imprisonment.

20. On July 21, 2026 I spoke with "Chelsea" a morrissey hearing officer after being

23

20. (cont.) given the runaround since 5/21/26 about a Parole Hold that was falsely secured by Deputy Maycock (who sicked a K-9 on me December 1, 2025) and left in-place being a catalyst for "NO BAIL" when no parole hold should have ever existed. See Exhibit A – 60 days in custody applied to all cases across the board, ostensibly??. On 6/12/26 Judge Wipper "resolved" the PV's from multnomah County but the jail still has NOT released me on that case. See Ex. B

21. Now they had a Deputy Hanrahan point a taser at me – "QUICK DRAW McGRAW" and lied saying I refused to cell in when I was clearly in my cell. They will move me to a restrictive housing unit on purpose to make it to where I cannot communicate with the court or get assistance. They held my legal papers from me for over 30 days, to go to make it impossible to contact the court. Now a third I have pretended EXHIBIT C did not exist (an ABLE finding) and lied to the judge.

22. Right now I am being held under the most restrictive security classification level due to incidents that they have never issued incident reports about. Without that initial due process, I cannot challenge the validity of their alleged misconduct listed in their system. Every time I asked for grievances they will not bring them.



23. Right now Washington County Jail is holding me in custody under the guise of what originally started with a "parole violation" alleged on 5/21/26 but then on 7/22/26 they lifted it. See Exhibit A That's a futile gesture when they refuse to lift the 6/12/26 "resolved P.V.'s" EX. B prior 6/12/26 transcript JFW

24. The conditions of confinement are the most abhorrent I have seen at any correctional facility ever. I have been to: Columbia County Jail ☺
Clackamas County Jail ☺
Multnomah County Jail ☺
Sheridan FCI ☺
Sheridan Camp ☺
Sheridan FDC ☺
Dublin FDC ☺
Pahrump NV Transfer Center ☺
SeaTac FDC ☺
Oklahoma City Transfer Center ☺
Victorville USP ☺
Atwater USP ☺ Columbia River ☺
Mendota Medium-FCI ☺
Terminal Island-FCI ☺
Lompoc USP ☺ Coffee Creek ☺
Lompoc FCI ☺ OSCP ☺ DSU ☺
only ☒

23

25. Loretto PA - FCI 🙂
Schuylkill PA - FCI 😊
Lewisberg USP 😐
Washington County Jail ☹

26. Washington County Jail gets a sad face because they make up the rules as they go. They do not follow the disciplinary process but when they forgo it (as in either decide to write someone up for a rule violation or not) when they do not write someone up they deny them DUE PROCESS and EQUAL PROTECTION under the law. Then what they will do is surreptitiously punish someone by increasing their security level to where they are restricted from outside access, (worse than even the SHU at FCI-Sheridan - you get what you have coming there at least - 1 hour per day minimum on recreation outside) - they may tiptoe past your cell at 5:30am for sign-up but you still - nevertheless - get a chance to utilize the outside recreation if you set your mind to it.

27. Now they use electromagnetic v. radiation current to punish people, too, like Abu Ghraib.

16

23

28. Right now they are using an electromagnetic current combined with radiation and with electric current that seems to be able to climb on the electromagnetic current and shock me (and other inmates) I'm surprised that nobody else has complained but most people do not speak legal-eaze. They don't know their rights and even if they knew them they wouldn't know how to assert them.

29. The conditions cause me serious pain and the treatment of staff by inmates requires one to kiss their ass (brown-nose) which I will not do, to avoid their mistreatment. I do not treat them badly, I treat people how I would want to be treated. They treat inmates worse than they treat vermin in the instance where an exterminator wipes out a mass amount of cockroaches or mice, for example.

30. They allowed someone to put chili powder in my boxers which caused my penis to get a major burn. The burn became infected with something that was similar to flesh eating disease. It was treated with antibiotics which they refused to give me for several weeks until it was even worse than I could ever imagine. I'm afraid for my safety in this facility. The lights are very intense — it seems like militant extremist activity krept up into the Portland Metro Area. See all pro-se filings in 3:23-cr-00331-SI which I incorporate by reference and all appeals related, too.

23

31. Access to the law library is non-existant since they have me on an EO classification status that means "escort only".... they will not allow someone, NOT ANYONE, to go to anywhere but the shower on "EO" status. They have me classified on an 8 level which is "MAX" when I have no person felonies and I am only an E on the grid. They are aware I need access to the court and keep me from needed material to accomplish the task. A special master should be assigned at once. It is an evil conspiracy between sheriffs office employees, attorneys, and court staff that causes a wholesale disregard for ones rights.

32. My calculations indicate that I have "time served" as in the maximum sentences that can be given to somebody, already, with 150 days in between August 2025 and December 2025 and some time prior to that too in both 2024 and 2025. Couple that with at least another 60+ days here and time in 2024 that exceeds 120 days and they have made me serve defacto sentences without due process.

33. Now they have ignored that my attorney has already received a report that verified I am ABLE to aid and assist them, some scheme that the Multnomah and Washington County courts misuse to trap someone in custody and secure a defacto sentence which violates procedural and substantive due process.

18

23

34. WITH ONLY MISDEMEANORS CHARGED in both Multnomah County Case 26CR11106 and all of these cases in Washington County (See Exhibits A#1 ~ B) Plus they illegally failed to set bail.

AS APPLIED

35. When they put me into status for community restoration, they are supposed to review it on a weekly basis. They failed to do so. They took over a month to tell me that the report from the community restoration department was approved. Then, on 7/21/26 I had to create a seen to get the judge to give me another court date. The 7/21/26 court was to hire counsel. I had to call them and curse at them to actually get in front of the judge. Once there, I made a big seen about the fact that it was unconstitutional how I was ostensibly denied counsel (they were appointed but missed the fact that I was still in custody. Dereliction of duty is the understatement of the century. I feel it is biased because of a hate crimes act 18 USC § 249 then they coupled their bias with kidnapping by leaving me incommunicado, completely alone

23

36. On top of that after MPD multnomah was conflicted they failed to give me Exhibit C when I requested, back this march 2026. Not funny with that report Judge Waller in Multnomah County could have determined that I was "able" to aid and assist and that Case 26CR11106 could have gone byebye, and been resolved time-served. Their community restoration person, too, recommended release to OCC, where I checked in for the aid and assist outpatient program as soon as I could do it, intakes only being on Mondays.

37. Without hearing or notice I was not aware where anybody wanted me to report to and since Judge Waller released me despite Washington Counties bullshit bench warrants (a deal was negotiated and they refused to handle it on the telephone — the deal was for time served) the Washington County MPD despite being appointed failed to set up a court date or reach out to the DA's office to say that I was participating in Aid + Assist community restoration in multnomah County.

38. I noticed a laminated posted notice in the unit that if a person in Washington County



38. (continued) was not given counsel promptly to contact the Federal Defender's Office. Because my situation was similar, I called but when they transferred me I got Renee Manes. She yelled at me and stated there was a conflict and slammed the phone down on me. Maybe Renee didn't know Stephen Sady represented me "AFTER" the so-called conflict occurred (which was just me trying to claim she was not effective on a prior case.) Who wouldn't claim that after frame job and frame job over and over from my vantage point at least. But the conflict had passed like seasons change - it's been so long I met you, yet it seems like yesterday. Exposé a lyrical interlude. Not to be ADD but they will not give me my medication. See Exhibits D (also documents the wiener delimma)

39. What can I say? What can I tell you? They refused to send out mail to both the press "National Enquirer" and "Judge Waller" and my mom to get money to help keep me afloat.

40. Even the court tried to mis-post a $5$^{40}$ filing fee for another case instead of this one. See Exhibit E

I have more to tell you
but I need to get
this in the mind.

I need court transcripts
for all all appearances
in Washington County
from 5/22/26 - present.

A memorandum is on the
way but law library access
is not adequate.
Need PACER access
at OSH / Washington County
as quickly as can be.

They are doing the same
military extremist abu gharib
shit at OSH, too.

To get this out so far —
I have to rush to do so.
It's evil what they are doing.
Need help RIGHT NOW!

attached one more documents to support abusive conditions of confinement. I saw a Sedge come through the other night Amy Biggio and when she got to the door by cell 4 / unit 4 to go outside I thought to her MISS P1664 but my name was set to Brock Vosconcellos.

Verified under duress + penalty of perjury Per 28 USC § 1746

BSV 9/08/26



# WASHINGTON COUNTY
## OREGON

July 22, 2026

Mr. Bonneau, I alerted your PO and the Parole Board about the Parole Violation hold. The Board assured me the hold has been dropped, so it should no longer be on there.

Chelsea K.
Morrissey Hearing Officer
Washington County

note: Parole Hold applied on 5/21/26 solely so officer Nathan Maycock ould arrest me ... there were no other active warrants. Then people like "maycock" participating in "The Bury" attacked me and had judges issue warrants on FTA's in Washington County - FTA's solely because I was doing community restoration with case 26CRO11106 Judge Wallir on case 26CRO11106 BULLSHIT

EX. A
1 of 1

**Department of Community Corrections**
150 N First Avenue, Suite 200, MS 46, Hillsboro, Oregon 97124-3072
phone (503) 846-3400 • fax (503) 846-4509

Mou

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

)    ☒ **Order After Hearing (Fitness to Proceed)**
)    ☐ Judgment - Dismissal
)
**STATE OF OREGON,**                          )
Plaintiff )    Case #:    26CR27754    Judicial Officer: JFN
)    DA:         Martin
**vs**                                        )    Defense Attorney: Spnks by phone
)    Interpreter:
Ryan Frank Bonneau,                           )    FTR:    Courtroom 303C
7/21/76                Defendant )    Proceeding:    Status

---

Court makes the following **FINDINGS**, the defendant is:

X Unable to Aid and Assist __ Able to Aid and Assist __ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**

☒ Jail ( ☐ ___ Not on this case)  ☐ Oregon State Hospital  ☐ SRTF  ☐ Non-Secure RTF (24-Hr Tx/Care)
☐ Other Supportive Housing:  ☐ AFH  ☐ Transcending Hope  ☐ Other  Stable: Yes / No
☐ Not in Supportive Housing:  ☐ Residence  ☐ Transient/Houseless  ☐ Abscond  Stable: Yes / No

**Currently Receiving Restoration Services:** Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

X Oregon State Hospital                          ___ Secure Residential Treatment Facility
___ Non-Secure Residential Facility (24-Hour Tx/Care)

___ Other Supportive Housing: ___ Transcending Hope ___ Northwest Regional Re-Entry Center (NWRRC)
___ Other _____                *Docketed*

**IT IS SO ORDERED:**

_____ Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ **Release defendant with signed release agreement and standard release conditions.**
☐ today **Or** ☐ on _____ to ☐ _____ **Or** ☐ Community

☐ **Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.**

---

NEXT *PERSONAL* ☐ Hearing Initial Appearance  ☒ Fitness to Proceed  on 10.26.26  at 9AM
APPEARANCE(S):
☐ Hearing Status Check  ☐ _____  on _____ at _____
w/_____

---

☐ **FAILED TO APPEAR:**      ☐ *BENCH WARRANT ORDERED*      ☐ *ARREST WARRANT ORDERED*
☐ **REVOKE RELEASE**         ☐ **NO FORCED RELEASE**          ☐ **CONTACT JUDGE PRIOR TO RELEASING**

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

---

**DA to submit order:**  ☐ .365  ☒ .370  ☐ Community Consultation  ☐ Defendant Found  ☐ Able
                                                                                        ☐ Never Able

☐ **Judgment Of Dismissal Ct(s):** _____

☐ **Other:** _____

Date:    7/27/2026    26CR27754
                      OR
                      Order
                      20399156

[barcode]

_____
**Honorable Brandon Thompson**    EX A #1

1 of 6

(10/25) Order After Hearing

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

| | |
|---|---|
| | ) ☒ **Order After Hearing (Fitness to Proceed)** |
| | ) ☐ Judgment - Dismissal |
| **STATE OF OREGON,** | ) |
| Plaintiff ) | Case #: 25CR16396  Judicial Officer: JFN |
| ) | DA: ___Martin___ |
| vs | ) Defense Attorney: Spinks by phone |
| ) | Interpreter: _____ |
| | ) FTR: Courtroom 303C |
| **Ryan Frank Bautista-Bonneau,** | ) |
| Defendant ) | Proceeding: **Status** |

Court makes the following **FINDINGS**, the defendant is:

_X_ Unable to Aid and Assist ___ Able to Aid and Assist ___ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**

☒ Jail ( ☐ ___Not on this case)   ☐ Oregon State Hospital   ☐ SRTF   ☐ Non-Secure RTF (24–Hr Tx/Care)
☐ Other Supportive Housing:   ☐ AFH   ☐ Transcending Hope   ☐ Other   Stable: Yes / No
☐ Not in Supportive Housing:   ☐ Residence   ☐ Transient/Houseless   ☐ Abscond   Stable: Yes / No

   **Currently Receiving Restoration Services:** Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

_X_ Oregon State Hospital                          ___ Secure Residential Treatment Facility
___ Non-Secure Residential Facility (24-Hour Tx/Care)

___ Other Supportive Housing: ___ Transcending Hope ___ Northwest Regional Re-Entry Center (NWRRC)

                          ___ Other _____

**IT IS SO ORDERED:**                                 *Docketed*

_____ Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ **Release defendant with signed release agreement and standard release conditions.**
   ☐ today _Or_ ☐ on _____ to ☐ _____ _Or_ ☐ Community

☐ **Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.**

| | | | |
|---|---|---|---|
| **NEXT PERSONAL APPEARANCE(S):** | ☐ Hearing Initial Appearance | ☒ Fitness to Proceed | on 10.26.26 at 9am |
| | ☐ Hearing Status Check   w/_____ | ☐ _____ | on _____ at _____ |

☐ FAILED TO APPEAR:          ☐ *BENCH WARRANT ORDERED*     ☐ *ARREST WARRANT ORDERED*
☐ REVOKE RELEASE            ☐ NO FORCED RELEASE          ☐ CONTACT JUDGE PRIOR TO RELEASING

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

DA to submit order: ☐ .365 ☒ .370  ☐ Community Consultation  ☐ Defendant Found  ☐ Able
                          IN                                                    ☐ Never Able

☐ Judgment Of Dismissal Ct(s): _____

☐ Other: _____

Date: 7/27/2026     25CR16396
                   OR
                   Order
                   20399152

                   [barcode]

                   _____
                   **Honorable Brandon Thompson**

                                                            EX. A#1
(10/25) Order After Hearing                                2 of 6

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR WASHINGTON COUNTY

|  |  |
|---|---|
| **STATE OF OREGON,** | ) ☒ **Order After Hearing (Fitness to Proceed)** |
|  | ) ☐ **Judgment - Dismissal** |
|  | ) |
|  | Plaintiff ) Case #:  24CR20786  Judicial Officer: JFN |
|  | ) DA: Martin |
| **vs** | ) Defense Attorney: Spinks by phone |
|  | ) Interpreter: |
| **Ryan Frank Bautista Bonneau,** | ) FTR:  Courtroom 303C |
|  | Defendant ) Proceeding:  **Status** |

Court makes the following **FINDINGS,** the defendant is:

_X_ Unable to Aid and Assist ___ Able to Aid and Assist ___ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**
☒ Jail (  ☐_____ Not on this case) ☐ Oregon State Hospital ☐ SRTF ☐ Non-Secure RTF (24–Hr Tx/Care)
☐ Other Supportive Housing: ☐ AFH ☐ Transcending Hope ☐ Other  Stable:  Yes / No
☐ Not in Supportive Housing: ☐ Residence ☐ Transient/Houseless ☐ Abscond  Stable:  Yes / No

**Currently Receiving Restoration Services:** Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

_X_ Oregon State Hospital _____ Secure Residential Treatment Facility
Non-Secure Residential Facility (24-Hour Tx/Care)

_____ Other Supportive Housing: ____ Transcending Hope _____ Northwest Regional Re-Entry Center (NWRRC)
_____ Other _____

## IT IS SO ORDERED:

Docketed

_____Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ **Release defendant with signed release agreement and standard release conditions.**
☐ today _Or_ ☐ on _____ to ☐ _____ _Or_ ☐ Community

☐ **Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.**

| | | | | |
|---|---|---|---|---|
| NEXT *PERSONAL* APPEARANCE(S): | ☐ Hearing Initial Appearance | ☒ Fitness to Proceed | on 10.26.26 | at 9AM |
| | ☐ Hearing Status Check w/_____ | ☐ _____ | on _____ | at _____ |

| | | |
|---|---|---|
| ☐ **FAILED TO APPEAR:** | ☐ *BENCH WARRANT ORDERED* | ☐ *ARREST WARRANT ORDERED* |
| ☐ **REVOKE RELEASE** | ☐ **NO FORCED RELEASE** | ☐ **CONTACT JUDGE PRIOR TO RELEASING** |

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

**DA to submit order:** ☐ .365 ☒ .370 ☐ Community Consultation ☐ Defendant Found ☐ Able
                        N                                                              ☐ Never Able

☐ **Judgment Of Dismissal Ct(s):** _____

☐ **Other:** _____

**Date:**  7/27/2026

24CR20786
OP
Order
20399147

[barcode]

_____
Honorable Brandon Thompson

EX A #1
3 of 6

(10/25) Order After Hearing

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

|  |  |  |
|---|---|---|
| | ) | ☑ **Order After Hearing (Fitness to Proceed)** |
| | ) | ☐ **Judgment - Dismissal** |
| **STATE OF OREGON,** | ) | |
| Plaintiff | ) | Case #:    24CR48842    Judicial Officer: JFW |
| | ) | DA: _____ Martin _____ |
| vs | ) | Defense Attorney: Spanks by phone |
| | ) | Interpreter: _____ |
| **Ryan Frank Bonneau,** | ) | FTR:    Courtroom 303C |
| Defendant | ) | Proceeding:    **Status** |

Court makes the following **FINDINGS**, the defendant is:

X̶ Unable to Aid and Assist ___ Able to Aid and Assist ___ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**

☒ Jail ( ☐ ___ Not on this case)   ☐ Oregon State Hospital   ☐ SRTF   ☐ Non-Secure RTF (24–Hr Tx/Care)

☐ Other Supportive Housing:   ☐ AFH   ☐ Transcending Hope   ☐ Other   Stable:   Yes / No

☐ Not in Supportive Housing:   ☐ Residence   ☐ Transient/Houseless   ☐ Abscond   Stable:   Yes / No

**Currently Receiving Restoration Services**: Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

✝ Oregon State Hospital ___ Secure Residential Treatment Facility
___ Non-Secure Residential Facility (24-Hour Tx/Care)

___ Other Supportive Housing: ___ Transcending Hope ___ Northwest Regional Re-Entry Center (NWRRC)

___ Other _____

*Docketed*

## IT IS SO ORDERED:

_____ Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ **Release defendant with signed release agreement and standard release conditions.**
☐ today *Or* ☐ on _____ to ☐ _____ *Or* ☐ Community

☐ **Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.**

| | | | |
|---|---|---|---|
| **NEXT PERSONAL APPEARANCE(S):** | ☐ Hearing Initial Appearance | ☒ Fitness to Proceed | on 10.26.26 at 9AM |
| | ☐ Hearing Status Check w/ ___ | ☐ ___ | on ___ at ___ |

☐ **FAILED TO APPEAR:**      ☐ *BENCH WARRANT ORDERED*      ☐ *ARREST WARRANT ORDERED*
☐ **REVOKE RELEASE**      ☐ **NO FORCED RELEASE**      ☐ **CONTACT JUDGE PRIOR TO RELEASING**

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

**DA to submit order:**   ☐ .365   ☒ .370   ☐ Community Consultation   ☐ Defendant Found   ☐ Able
   ☐ Never Able

☐ **Judgment Of Dismissal Ct(s):** _____

☐ **Other:** _____

Date:    7/27/2026    24CR48842
(1)'
Ordr
2039915/

[barcode]

_____
**Honorable Brandon Thompson**

Ex A #1
4 of 6

(10/25) Order After Hearing

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

|  |  |  |
|---|---|---|
| | ) | ☒ **Order After Hearing (Fitness to Proceed)** |
| | ) | ☐ Judgment - Dismissal |
| **STATE OF OREGON,** | ) | |
| | ) | |
| Plaintiff | ) | Case #:  24CR17793  Judicial Officer: _____ |
| | ) | DA: _____ Martin _____ |
| vs | ) | Defense Attorney: Spinks by Phone |
| | ) | Interpreter: _____ |
| **Ryan Frank Bonneau,** | ) | FTR:  Courtroom 303C |
| | ) | |
| Defendant | ) | Proceeding:  **Status** |

Court makes the following **FINDINGS**, the defendant is:

X̶ Unable to Aid and Assist ___ Able to Aid and Assist ___ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**

☒ Jail (☐ ____Not on this case) ☐ Oregon State Hospital ☐ SRTF ☐ Non-Secure RTF (24–Hr Tx/Care)
☐ Other Supportive Housing: ☐ AFH ☐ Transcending Hope ☐ Other    Stable: Yes / No
☐ Not in Supportive Housing: ☐ Residence ☐ Transient/Houseless ☐ Abscond  Stable: Yes / No

**Currently Receiving Restoration Services:** Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

X̶ Oregon State Hospital ___ Secure Residential Treatment Facility
___ Non-Secure Residential Facility (24-Hour Tx/Care)

___ Other Supportive Housing: ___ Transcending Hope ___ Northwest Regional Re-Entry Center (NWRRC)
___ Other _____

*Docketed*

## IT IS SO ORDERED:

_____Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ Release defendant with signed release agreement and standard release conditions.
  ☐ today **Or** ☐ on _____ to ☐ _____ **Or** ☐ Community

☐ Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.

| | | | |
|---|---|---|---|
| NEXT *PERSONAL* APPEARANCE(S): | ☐ Hearing Initial Appearance  ☒ Fitness to Proceed | on 10.26.26 | at 9AM |
| | ☐ Hearing Status Check  ☐ _____ | on _____ | at ____ |
| | w/_____ | | |

☐ FAILED TO APPEAR: ☐ *BENCH WARRANT ORDERED* ☐ *ARREST WARRANT ORDERED*
☐ REVOKE RELEASE ☐ NO FORCED RELEASE ☐ CONTACT JUDGE PRIOR TO RELEASING

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

DA to submit order: ☐ .365 ☒ .370 ☐ Community Consultation ☐ Defendant Found ☐ Able
 ☐ Never Able

☐ Judgment Of Dismissal Ct(s): _____

☐ Other: _____

Date:  7/27/2026

24CR17793
(III)
Order:
?030915J

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

_____
**Honorable Brandon Thompson**

Ex A#1
5 of 6

(10/25) Order After Hearing

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

|  |  |  |
|---|---|---|
| | ) | ☑ Order After Hearing **(Fitness to Proceed)** |
| **STATE OF OREGON,** | ) | ☐ Judgment - Dismissal |
| | ) | |
| Plaintiff | ) | Case #: 25CR17930  Judicial Officer: _____ |
| | ) | DA: _____ |
| | ) | _____ Martin |
| vs | ) | Defense Attorney: _____ |
| | ) | Sparks by phone |
| | ) | Interpreter: _____ |
| **Ryan Frank Bonneau,** | ) | FTR:  Courtroom 303C |
| | ) | _____ |
| Defendant | ) | Proceeding: **Status** |

Court makes the following **FINDINGS**, the defendant is:

✗ Unable to Aid and Assist ___ Able to Aid and Assist ___ N/A as Fitness Finding is Currently Pending

**Defendant's Current Placement and Services:**

☒ Jail (☐___Not on this case)  ☐ Oregon State Hospital  ☐ SRTF  ☐ Non-Secure RTF (24–Hr Tx/Care)
☐ Other Supportive Housing:  ☐ AFH  ☐ Transcending Hope  ☐ Other  Stable:  Yes / No
☐ Not in Supportive Housing:  ☐ Residence  ☐ Transient/Houseless  ☐ Abscond  Stable:  Yes / No

**Currently Receiving Restoration Services:** Yes / No

**Most Appropriate Aid and Assist Placement for Defendant to Gain or Regain Fitness:**

✗ Oregon State Hospital _____ ___ Secure Residential Treatment Facility
___ Non-Secure Residential Facility (24-Hour Tx/Care)

___ Other Supportive Housing: ___ Transcending Hope ___ Northwest Regional Re-Entry Center (NWRRC)
___ Other _____

**IT IS SO ORDERED:**                    Docketed

_____ Based upon acuity of symptoms, community safety issues, and no SRTF placement available in the community, the defendant to remain at Oregon State Hospital

☐ Release defendant with signed release agreement and standard release conditions.
☐ today *Or* ☐ on _____ to ☐ _____ *Or* ☐ Community

☐ Defendant's release status is MODIFIED and Defendant is to be held WITHOUT BAIL and NO FORCE RELEASE until the court resolves the concerns regarding defendant's fitness to proceed.

NEXT *PERSONAL* ☐ Hearing Initial Appearance  ☒ Fitness to Proceed  on 10.26.26 _____ at 9AM
*APPEARANCE(S):*
☐ Hearing Status Check  ☐ _____ on _____ at _____
w/_____

☐ FAILED TO APPEAR:  ☐ *BENCH WARRANT ORDERED*  ☐ *ARREST WARRANT ORDERED*
☐ REVOKE RELEASE  ☐ NO FORCED RELEASE  ☐ CONTACT JUDGE PRIOR TO RELEASING

*SECURITY:* $_____ Previously posted security shall be forfeited per ORS 135.280(3).

DA to submit order:  ☐ .365  ☒ .370  ☐ Community Consultation  ☐ Defendant Found  ☐ Able
                              INS                                                                    ☐ Never Able
☐ Judgment Of Dismissal Ct(s): _____

☐ Other: _____

Date:  7/27/2026    25CR17930
                          UA
                          Order
                          20399156

_____
**Honorable Brandon Thompson**

EX A#1
6 of 6

(10/25) Order After Hearing

PY

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR WASHINGTON COUNTY**

**ORDER**

**STATE OF OREGON**

_____ **Plaintiff**   O4

vs.

Ryan Frank Bonneau

**Defendant**

☐ Truly named.    Proceeded as named.

Case No: 26CR27754

DA: Olina Jackson

Defense Attorney: Amber Mahn / C. Hiller

Interpreter: _____ Language: _____

Proceeding: CAA w/D    FTR Ctrm: 2066

---

☐ Arraigned  ☐ Rights Given  ☐ Waived    ☐ Not Guilty Plea  ☐ Denial    ☐ In Custody
**Attorney:** ☐ Appointed  ☐ May Request  ☐ Retained    ☐ To Be Retained  ☐ Waived
OSB#:_____  Name:_____    ☐ DUII Advisory Counsel   ☐ Deferred Sentencing Counsel

**If arraigned on a Domestic Violence or Sex Crime you are prohibited from contacting the named victim even while in custody**

☐ Reset to _____ at _____    Request of: _____
                                             by: Telephone / Letter / Motion / Attorney
☐ Waived speedy constitutional trial/**60-day rule** rights for this continuance or waiver of **14-day rule** for probation violation hearing.
☐ Guilty / No Contest Plea with Sentencing on _____ at _____
☐ Deferred Sentencing    ☐ Declined    ☐ **PSI Ordered:** DOB _____ ☐ Atty to be present
☐ Allowed    ☐ Ineligible    Counts/Charges: _____
☐ Waived Extradition    ☐ Requested Governors Warrant    Def. Contact Info.: _____

---

Next *Personal*
Appearance(s):

☐ Preliminary Hearing    ☐ Hearing Trial Readiness    on _____ at ____
☐ Hearing Status Check    ☐ Trial    on 7/27/26 at ____
☐ Hearing Initial Appearance  ☑ FTP    on 9-1-26 at 9.01
☐ Hearing Probation Violation ☐ _____    on _____ at ____

Prev Set

---

**Preliminary Hearing:**    ☐ Prelim Waived ** By:_____
☐ Probable cause found on Ct(s):_____    ☐ Probable cause not found on Ct(s):_____
☐ Information Dismissed  ☐ Indicted ** ☐ Waived Indictment ** ** with Next Appearance Date:_____ at_____

---

**Defendant Failed to Appear:**    ☐ *Bench Warrant Issued*    ☐ *Arrest Warrant Ordered*
☐ Revoke Release  ☐ Security Amount: $_____    Previously posted security shall be forfeited per ORS 135.280(3).

---

☐ Judgment of Acquittal Ct(s):_____    ☐ Finding of Not Guilty Ct(s):_____
☐ Judgment of Dismissal Ct(s):_____    ☐ Finding of Guilty Ct(s):_____
☐ Other: _____

Fired Attorneys 7/01/26
(first told court 6/8/26)

EX B

Date: 07/01/26    Judge: _____

no attorney nor myself
present in court
7/01/2026 - not taken to court 7/28/26

1 of 6

(Rev – 01/2025) GPO   **Original:** Court  **Yellow:** Defense Attorney  **Pink:** District Attorney  **Goldenrod:** Jail/Defendant

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR WASHINGTON COUNTY

## ORDER

**STATE OF OREGON**

**Plaintiff**

vs.

Ryan Frank Bautista Bumeau

**Defendant**

☐ Truly named    ☐ Proceeded as named.

Case No: 24CR20786

DA: O. Jackson

Defense Attorney: A. Maun G. Miller

Interpreter: _____ *Language:* _____

Proceeding: AA w/o    FTR Ctrm: 7eUc

---

☐ Arraigned  ☐ Rights Given  ☐ Waived    ☐ Not Guilty Plea   ☐ Denial      ☐ In Custody
**Attorney:** ☐ Appointed  ☐ May Request  ☐ Retained    ☐ To Be Retained   ☐ Waived

OSB#: _____  Name: _____    ☐ DUII Advisory Counsel   ☐ Deferred Sentencing Counsel

**If arraigned on a Domestic Violence or Sex Crime you are prohibited from contacting the named victim even while in custody**

☐ Reset to _____ at _____    Request of: _____
                                                      by: Telephone / Letter / Motion / Attorney

☐ Waived speedy constitutional trial/**60-day rule** rights for this continuance or waiver of **14-day rule** for probation violation hearing.

☐ Guilty / No Contest Plea with Sentencing on _____ at _____

☐ Deferred Sentencing    ☐ Declined    ☐ **PSI Ordered**: DOB _____  ☐ Atty to be present

☐ Allowed    ☐ Ineligible    Counts/Charges: _____

☐ Waived Extradition    ☐ Requested Governors Warrant    Def. Contact Info.: _____

---

**Next *Personal* Appearance(s):**

☐ Preliminary Hearing    ☐ Hearing Trial Readiness    on _____ at _____

☐ Hearing Status Check    ☐ Trial    on _____ at _____

☐ Hearing Initial Appearance    ☑ FTP    on ~~FEB~~ -26 / 7/29/26    at 9 AM / 9 AM

☐ Hearing Probation Violation  ☐ _____    on _____ at _____

---

**Preliminary Hearing:**    ☐ Prelim Waived ** By: _____

☐ Probable cause found on Ct(s): _____    ☐ Probable cause not found on Ct(s): _____

☐ Information Dismissed  ☐ Indicted ** ☐ Waived Indictment ** ** with Next Appearance Date: _____ at _____

---

**Defendant Failed to Appear:**    ☐ *Bench Warrant Issued*    ☐ *Arrest Warrant Ordered*

☐ Revoke Release  ☐ Security Amount: $_____    Previously posted security shall be forfeited per ORS 135.280(3).

---

☐ Judgment of Acquittal Ct(s): _____    ☐ Finding of Not Guilty Ct(s): _____

☐ Judgment of Dismissal Ct(s): _____    ☐ Finding of Guilty Ct(s): _____

☐ Other: _____

_____

_____

Date: 7/10/26    Judge: _____
                       KDG

EX B

4 of 6

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR WASHINGTON COUNTY

**STATE OF OREGON**

**ORDER**

Plaintiff

Case No: 24CR48642

vs.

DA: Olivia Jackson

Defense Attorney: A. Shriller

*Ryan Frank Bonneau*

Interpreter: _____ *Language:* _____

Defendant

☐ Truly named ☐     Proceeded as named.     Proceeding: CAA W/D    FTR Ctrm: 2 edoc

☐ Arraigned ☐ Rights Given ☐ Waived    ☐ Not Guilty Plea   ☐ Denial    ☐ In Custody
**Attorney:** ☐ Appointed ☐ May Request ☐ Retained    ☐ To Be Retained   ☐ Waived
*OSB#:* _____ *Name:* _____ ☐ DUII Advisory Counsel ☐ Deferred Sentencing Counsel

**If arraigned on a Domestic Violence or Sex Crime you are prohibited from contacting the named victim even while in custody**

☐ Reset to _____ at _____   Request of: _____
                                                            by: Telephone / Letter / Motion / Attorney
☐ Waived speedy constitutional trial/**60-day rule** rights for this continuance or waiver of **14-day rule** for probation violation hearing.
☐ Guilty / No Contest Plea with Sentencing on _____ at _____
☐ Deferred Sentencing     ☐ Declined      ☐ **PSI Ordered**: DOB _____ ☐ Atty to be present
☐ Allowed            ☐ Ineligible             Counts/Charges: _____
☐ Waived Extradition     ☐ Requested Governors Warrant    Def. Contact Info.: _____

| Next *Personal* Appearance(s): | ☐ Preliminary Hearing | ☐ Hearing Trial Readiness | on _____ at ___ |
| | ☐ Hearing Status Check | ☐ Trial | on 7/27/26 at ___ |
| | ☐ Hearing Initial Appearance | ☑ FTP | on 9-1-26 at 9Am |
| | ☐ Hearing Probation Violation ☐ | _____ | on _____ at ___ |

Preliminary Hearing:     ☐ Prelim Waived ** By: _____
☐ Probable cause found on Ct(s): _____    ☐ Probable cause not found on Ct(s): _____
☐ Information Dismissed ☐ Indicted ** ☐ Waived Indictment ** ** with Next Appearance Date: _____ at _____

**Defendant Failed to Appear:**     ☐ *Bench Warrant Issued*     ☐ *Arrest Warrant Ordered*

☐ Revoke Release   ☐ Security Amount: $_____     Previously posted security shall be forfeited per ORS 135.280(3).

☐ Judgment of Acquittal Ct(s): _____     ☐ Finding of Not Guilty Ct(s): _____
☐ Judgment of Dismissal Ct(s): _____     ☐ Finding of Guilty Ct(s): _____
☐ Other: _____

_____
_____
_____

Date: 7/21/26                Judge: _____

EX B
2 of 6

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR WASHINGTON COUNTY

**ORDER**

**STATE OF OREGON**

          **Plaintiff**

vs.

Case No: 25CR16396

DA: Olivia Jackson

Defense Attorney: Amber Mahney

Ryan Frank Bautista-Bonneau

          **Defendant**

Interpreter: _____ *Language:* _____

□ Truly named.    Proceeded as named.    **Proceeding:** CAA WID    **FTR Ctrm:** 206C

□ Arraigned  □ Rights Given  □ Waived    □ Not Guilty Plea  □ Denial  ☑ **In Custody**

**Attorney:** □ Appointed  □ May Request  □ Retained    □ To Be Retained  □ Waived

    *OSB#:*_____  *Name:*_____  □ **DUII Advisory Counsel**  □ **Deferred Sentencing Counsel**

**If arraigned on a Domestic Violence or Sex Crime you are prohibited from contacting the named victim even while in custody**

□ **Reset to** _____ at _____  **Request of:** _____

                                            *by: Telephone / Letter / Motion / Attorney*

□ **Waived speedy constitutional trial/60-day rule rights for this continuance or waiver of 14-day rule for probation violation hearing.**

□ **Guilty / No Contest Plea with Sentencing on** _____ **at** _____

□ **Deferred Sentencing**    □ **Declined**    □ **PSI Ordered:** DOB _____ □ **Atty to be present**

□ **Allowed**    □ **Ineligible**    Counts/Charges: _____

□ **Waived Extradition**    □ **Requested Governors Warrant**    Def. Contact Info.: _____

Next *Personal* Appearance(s):

□ **Preliminary Hearing**    □ **Hearing Trial Readiness**  on _____ at _____

□ **Hearing Status Check**    □ **Trial**  on _____ at _____

□ **Hearing Initial Appearance**  ☑ Preset FTP  on ~~7-17-16~~ at 9Am / 7/27/26

□ **Hearing Probation Violation**  □ _____ on 7/27/26 at _____

**Preliminary Hearing:**  □ **Prelim Waived ** By:** _____

□ **Probable cause found on Ct(s):** _____    □ **Probable cause not found on Ct(s):** _____

□ **Information Dismissed**  □ **Indicted ** □ Waived Indictment ** ** with Next Appearance Date:** _____ at _____

**Defendant Failed to Appear:**    □ *Bench Warrant Issued*    □ *Arrest Warrant Ordered*

□ **Revoke Release**  □ **Security Amount: $**_____    Previously posted security shall be forfeited per ORS 135.280(3).

□ **Judgment of Acquittal Ct(s):** _____    □ **Finding of Not Guilty Ct(s):** _____

□ **Judgment of Dismissal Ct(s):** _____    □ **Finding of Guilty Ct(s):** _____

□ **Other:** _____

_____

_____

**Date:** 7/20/26          **Judge:** _____ RDG

Ex B
3 of 6

(Rev – 01/2025) GPO        **Original:** Court  **Yellow:** Defense Attorney  **Pink:** District Attorney  **Goldenrod:** Jail/Defendant

**STATE OF OREGON**
                    Plaintiff

vs.

Ryan Frank Bonneau

                    Defendant

AKA: Amber Mckinney

Defense Attorney: G. Miller

**PROBATION:**
❑ **JUDGMENT**  ☒ **ORDER**
❑ **AMENDED**  ❑ **MODIFICATION WITHOUT HEARING**

Case No: 29CK17795

Date of Proceeding: 07/21/26  FTR Courtroom: 200C

Interpreter: _____

Grid Score: 37E /_____

District Attorney: Olivia Jackson  PO: _____

**Attorney**: ❑ Non-Court Appointed ❑ Court Appointed (Determined Def. To Be Indigent) ❑ Waived
        ❑ **Arraigned**  ❑ **Rights Given**  ❑ **Waived**        ☒ **In Custody** ❑ **Out** of Custody

**Court finds:** ❑ Defendant **Admits** Violation ❑ Defendant **Denies** Violation ❑ Defendant **Found** in Violation ❑ Probation **Not** Violated

**ORIGINAL CONVICTION OFFENSE(S):** (3) Burglary 3

### THE COURT ORDERS AND ADJUDGES:

❑ Reset Hearing:  ❑ Defendant waives 14 day speedy hearing rights or      ❑ Good cause shown ❑ Next hearing: Preset 7/27/26    TBD @ 9am
❑ Defendant failed to appear for hearing. **Release is revoked, Bench Warrant Ordered, Security $_____**
            ❑ **Security forfeited**, judgment to be entered        ❑ **Security not forfeited** at this time
❑ Proceedings are dismissed ❑ Probation is terminated: ❑ As unsuccessful ❑ As successful ❑ Probation is **converted** to Supervised/Bench Probation
❑ Probation is continued:  ❑ As originally ordered  ❑Extended: _____
❑ With additional/modified conditions listed below
❑ Other Conditions: _____

❑ **CONFINEMENT AS CONDITION OF PROBATION** to Washington County Supervisory Authority: ❑Sheriff  ❑Sheriff and WCCCP
❑ **PROBATION HAVING BEEN REVOKED,** court having found the defendant not benefitting/purposes not served it is further **ORDERED** that
    defendant is confined to Washington County Supervisory Authority:  ❑Sheriff  ❑Sheriff and WCCCP  ❑Oregon Dept. of Corrections

on:    Ct _____ for _____ consecutive/concurrent to _____ ❑PPS for _____ yrs
       Ct _____ for _____ consecutive/concurrent to _____ ❑PPS for _____ yrs
       Ct _____ for _____ consecutive/concurrent to _____ ❑PPS for _____ yrs

❑ **TURN SELF IN:** Date/Time:_____; (Failure to turn self in on date and time ordered will result in: ❑ Double time ❑ No programs)
            ❑ **Report to:**  ❑ Washington County Jail   ❑ WCCCC (Wash Cty Comm Corr Ctr)
❑ **RELEASE** on Count(s)/Case:_____

### ELIGIBILITY FOR CERTAIN TYPES OF LEAVE, RELEASE OR PROGRAMS:
The defendant **may / may not** be considered by the supervising authority for any form of reduction in sentence, temporary
leave from custody, work release, or program of conditional or supervised authorized by law for which the Defendant is
otherwise eligible at the time of sentencing
    ❑ **Except** : _____

        ❑ Electronic Home Detention
        ❑ Good Behavior Credit (ORS 169.110)(Good Time)        **CREDIT FOR TIME SERVED**
        ❑ Work credit (ORS 169.120)(Earned Time)              ❑ Credit for time served
        ❑ Release to approved in-patient treatment per supervising officer  ❑ No Credit for time served
        ❑ Remainder of sentence commuted after successful completion of treatment
        ❑ Other: _____
❑ The Defendant **may / may not** be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative
    incarceration program.

*Award Creditor:* STATE OF OREGON      **MONEY AWARD**      *Award Debtor:* DEFENDANT

All court ordered fines and fees, excluding cases in which compensatory fines or restitution have been ordered, are due in full within 30 days unless a payment plan is established with the
clerk of the court. If compensatory fines or restitution are ordered, all financial obligations in the case must be paid in full 60 days prior to the expiration of probation, unless otherwise
ordered. Payment plans include previously ordered amounts. The laws allow fees to recover administrative and collection costs to be automatically added and collected without further
notice to you or action by the court, when the court has to establish a payment account, or refer a matter for collection.

ATTY FEES* $_____ (*Minus previously ordered contribution amount) _____ hours of community service are converted to _____ fine

Minimum Monthly Payments: $_____  Begin: _____ ❑ Money to DOR or other outside collection agency

Ex B
5 of 6

Date: 7/21/26                        Judge: _____
                                            KDG
(Rev. 04/2023) Probation Judgment          **Original**: Court  **Yellow**: Def. Atty  **Pink**: District Atty  **Goldenrod**: Jail/Def

**STATE OF OREGON**
Plaintiff

vs.

~~Ryan Fink Barrac~~
Defendant

AKA: ~~Amber Manning~~

Defense Attorney: ~~G. Millers~~

**PROBATION:**
❏ **JUDGMENT**    ☑ **ORDER**
❏ **AMENDED**    ❏ **MODIFICATION WITHOUT HEARING**

Case No: 25CR179-0

Date of Proceeding: 07/21/26    FTR Courtroom: 206C

Interpreter: _____

Grid Score: 0 MA / _____

District Attorney: Olivia Jackson    PO: _____

**Attorney:** ❏ Non-Court Appointed ❏ Court Appointed (Determined Def. To Be Indigent) ❏ Waived
❏ **Arraigned**    ❏ **Rights Given**    ❏ **Waived**        ☑ **In Custody** ❏ **Out** of Custody

**Court finds:** ❏ Defendant **Admits** Violation ❏ Defendant **Denies** Violation ❏ Defendant **Found** in Violation ❏ Probation **Not** Violated

**ORIGINAL CONVICTION OFFENSE(S):** (1) Criminal Mischief 2

### THE COURT ORDERS AND ADJUDGES:

❏ Reset Hearing:  ❏ Defendant waives 14 day speedy hearing rights or     ❏ Good cause shown ☑ Next hearing: Fri ___ @ 9 Am

❏ Defendant failed to appear for hearing. **Release is revoked, Bench Warrant Ordered, Security $_____**

❏ **Security forfeited**, judgment to be entered        ❏ **Security not forfeited** at this time

❏ Proceedings are dismissed  ❏ Probation is terminated:  ❏ As unsuccessful  ❏ As successful  ❏ Probation is **converted** to Supervised/Bench Probation

❏ Probation is continued:    ❏ As originally ordered    ❏Extended: _____

❏ With additional/modified conditions listed below

❏ Other Conditions: _____

---

❏ **CONFINEMENT AS CONDITION OF PROBATION** to Washington County Supervisory Authority: ❏Sheriff  ❏Sheriff and WCCCP

❏ **PROBATION HAVING BEEN REVOKED,** court having found the defendant not benefitting/purposes not served it is further **ORDERED** that defendant is confined to Washington County Supervisory Authority:    ❏Sheriff    ❏Sheriff and WCCCP    ❏Oregon Dept. of Corrections

on:     Ct _____ for _____ consecutive/concurrent to _____ ❏PPS for _____ yrs

Ct _____ for _____ consecutive/concurrent to _____ ❏PPS for _____ yrs

Ct _____ for _____ consecutive/concurrent to _____ ❏PPS for _____ yrs

❏ **TURN SELF IN:** Date/Time:_____; (Failure to turn self in on date and time ordered will result in: ❏ Double time ❏ No programs)
❏ **Report to:**  ❏ Washington County Jail    ❏ WCCCC (Wash Cty Comm Corr Ctr)

❏ **RELEASE** on Count(s)/Case:_____

#### ELIGIBILITY FOR CERTAIN TYPES OF LEAVE, RELEASE OR PROGRAMS:

The defendant **may / may not** be considered by the supervising authority for any form of reduction in sentence, temporary leave from custody, work release, or program of conditional or supervised authorized by law for which the Defendant is otherwise eligible at the time of sentencing

❏ **Except** : _____

❏ Electronic Home Detention
❏ Good Behavior Credit (ORS 169.110)(Good Time)
❏ Work credit (ORS 169.120)(Earned Time)
❏ Release to approved in-patient treatment per supervising officer
❏ Remainder of sentence commuted after successful completion of treatment
❏ Other: _____

**CREDIT FOR TIME SERVED**
❏ Credit for time served
❏ No Credit for time served

❏ The Defendant **may / may not** be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

*Award Creditor:* STATE OF OREGON    **MONEY AWARD**    *Award Debtor:* DEFENDANT

All court ordered fines and fees, excluding cases in which compensatory fines or restitution have been ordered, are due in full within 30 days unless a payment plan is established with the clerk of the court. If compensatory fines or restitution are ordered, all financial obligations in the case must be paid in full 60 days prior to the expiration of probation, unless otherwise ordered. Payment plans include previously ordered amounts. The laws allow fees to recover administrative and collection costs to be automatically added and collected without further notice to you or action by the court, when the court has to establish a payment account, or refer a matter for collection.

ATTY FEES* $_____ (*Minus previously ordered contribution amount) _____ hours of community service are converted to a $_____ fine

Minimum Monthly Payments: $_____ Begin: _____ ❏ Money to DOR or other outside collection agency

Date: 07/21/26    Judge: _____

(Rev. 04/2023) Probation Judgment

**Original:** Court   **Yellow:** Def. Atty   **Pink:** District Atty   **Goldenrod:** Jail/Def

Ryan Bautista-Bonneau
Confidential Work Product
August 6, 2025



**LITHIA**
**FORENSICS & CONSULTING**

Elexis Kain,

This is confidential work product regarding your client, Ryan Bautista-Bonneau (DOB: 07/02/76). Mr. Bautista-Bonneau is currently facing charges in three open cases. Specifically, per Docket No. 24CR20786, he is charged with Criminal Mischief in the Second Degree (A Misdemeanor) for incidents alleged to have occurred on or about 04/15/24. Per Docket No, 24CR48842, he is charged with Menacing (A Misdemeanor), Bias Crime in the Second Degree (A Misdemeanor), Escape in the Third Degree (A Misdemeanor), Resisting Arrest (A Misdemeanor), and Disorderly Conduct in the Second Degree (B Misdemeanor) for incidents alleged to have occurred on or about 08/20/24. Finally, per Docket No. 25CR16396, he is charged with Unlawful Possession of Methamphetamine (A Misdemeanor) and Disorderly Conduct in the Second Degree (B Misdemeanor) for incidents alleged to have occurred on or about 03/21/25. Per your referral, you noted concerns regarding Mr. Bautista-Bonneau's fitness to proceed. As such, you requested our practice conduct an evaluation to determine if Mr. Bautista-Bonneau was incapacitated as defined by Oregon Revised Statute (ORS) 161.360.

In preparation for this evaluation, I reviewed discovery provided by your office, including Circuit Court of Washington County documentation, as well as investigative documents from the Beaverton and Hillsboro Police Departments. I also reviewed various records, including a Fitness to Proceed Evaluation authored by Tara Ryan, PhD, dated 03/14/24; a 161.370 Evaluation authored by Benjamin LaLiberte, PhD, dated 06/26/24; an Adult ASAM Chemical Dependency Assessment from Willow Assessments, dated 07/07/24; a Pre-Adjudication Assessment Report, dated 09/04/24; and Medical records from Adventist Health Portland, Legacy, Oregon Health and Science University (OSHU), and Providence. (Of note, jail records were requested but were unavailable at the time of this writing.)

Medical records reflect a history of emergency department (ED) admissions dating back to at least December 2021 related to various medical complaints including seizures and possible seizure disorder for which he has been prescribed medication. That said, records do not reflect a substantiated history of head injury or neurological damage, and seizures have been self-reported and at times attributed to "stress-induced psychogenic nonepileptic seizures." Records note that Mr. Bautista-Bonneau presented to the ED multiple times in March 2023 with complaints of seizures, though records also reflect delusional ideation, such as his belief that he was drugged, as well as potential hallucinations (it is unclear from records if his hallucinations were secondary to his reported seizure). During one admission, Mr. Bautista-Bonneau reported he had experienced a seizure that lasted "24 minutes," and when asked how he knew the duration of the seizure, Mr. Bautista-Bonneau laughed and replied, "I picked that number because of Justin Bieber." Some concerns regarding secondary gain and possible exaggeration of symptoms were noted, as well as a history of substance use, including alcohol, methamphetamine, fentanyl, and opioids, as well as "drug-seeking behavior."

Lithia Forensics & Consulting, LLC                    www.lithiaforensics.com



Exhibit C
Page 1 of 3

Ryan Bautista-Bonneau                                                        Page 2 of 3
Confidential Work Product
August 6, 2025

Per a report authored by Tara Ryan, PhD, Mr. Bautista-Bonneau was in ODOC custody in or around July 2023, at which time he presented with rapid speech, behavioral dysregulation, and delusional ideation, including his belief that "'Justin Bieber' was his partner and would be him picking up at R&D, that he was pardoned by the governor and wanted staff to make a phone call confirming this, and various content related to the CIA." In February 2024, Mr. Bautista-Bonneau was referred for a fitness to proceed evaluation related to charges of Menacing, Harassment, and Criminal Mischief in the First Degree. Per Dr. Ryan's report, Mr. Bautista-Bonneau's then-attorney expressed concerns regarding delusional ideation after email correspondence in January 2024 in which he made statements "that Justin Bieber was the Director of the CIA" and that the "CIA was turning people into robots via injections of 'manibot IDs' and that he had received correspondence from someone on Facebook that his domestic partner was being held captive recently." During the evaluation, Mr. Bautista-Bonneau expressed a "complex delusional belief system with grandiose and persecutory beliefs" related to the CIA and other "influential and powerful people," such as President Joe Biden (whom he believed rode the same MAX train) and Vice President Kamala Harris (whom he believed shopped at the same grocery store). Moreover, he expressed his belief that the "CIA may intervene to assist him in resolving his current legal circumstances." Dr. Ryan offered a diagnosis of Unspecified Schizophrenia Spectrum and Other Psychotic Disorder but noted that Mr. Bautista-Bonneau did not exhibit psychotic symptoms outside of his delusional belief system. Dr. Ryan further noted that despite adequate factual knowledge and understanding of his charges, Mr. Bautista-Bonneau's rational understanding and ability to participate in his defense was directly impacted by his delusional beliefs. Dr. Ryan recommended outpatient restoration services, including psychotropic medication.

Available records note that Mr. Bautista-Bonneau was subsequently admitted to the Oregon State Hospital (OSH) on 04/24/24. He was prescribed Keppra to treat a possible seizure disorder, though he declined the medication. His diagnosis of Unspecified Schizophrenia and Other Psychotic Disorder was continued; however, staff reportedly observed no signs of psychosis until 05/21/24, when he began exhibiting agitation, verbal aggression, internal stimulation, delusions, and disorganization. He was prescribed emergency medications (Haldol and Depakote) and later, Wellbutrin, and his symptoms improved. He was evaluated for fitness on 06/20/24 by Dr. LaLiberte, at which time he did not present with overt symptoms of psychosis, including delusional ideations. Per his report, Dr. LaLiberte noted that despite continuing to meet criteria for a psychotic-related disorder, Mr. Bautista-Bonneau's symptoms had remitted such that they no longer impeded his fitness to proceed.

At your request, I met with Mr. Bautista-Bonneau at the Inverness Jail in Portland, Oregon, on 08/05/25. During the evaluation, Mr. Bautista-Bonneau presented with organized thought processes, and he did not appear to be responding to internal stimuli. Furthermore, there was no evidence of behavioral or emotional dysregulation. That said, throughout the evaluation, Mr. Bautista-Bonneau endorsed a number of delusional beliefs related to his involvement with the CIA. Specifically, he expressed his belief that he is a CIA operative, that Justin Bieber is his CIA partner, and that he and Mr. Bieber are investigating cyanide exposure in the community. Mr. Bautista-Bonneau also endorsed association with a number of prominent political figures, including Donald Trump, Joe Biden, and Pam Bondi. Despite these beliefs, Mr. Bautista-Bonneau demonstrated both a factual and rational understanding of the proceedings against him. Specifically, he knew the State's allegations and could identify and explain how his case could be resolved. Although he expressed his belief that the CIA would ultimately "delete" his charges if convicted, this belief was flexible and did not appear to be informing his decision-making process. For example, while discussing his preferred defense strategy, Mr. Bautista-Bonneau stated he would move forward with this strategy and "let the court system play out," regardless of potential future CIA involvement. Moreover, he stated he would utilize this same strategy if he were not a CIA operative.

 

Exhibit C
2 of 3

Mr. Bautista-Bonneau was aware of the potential evidence that could be used against him, though he expressed delusional beliefs regarding the alleged victims in his case. Specifically, he noted the possibility of their involvement in a much larger conspiracy or "overarching problem," though it was unclear exactly which conspiracy he was referring to. That said, these beliefs were flexible in that he was not certain of the alleged victims' involvement, rather, he noted it as a possibility. Moreover, he denied conspiratorial involvement by anyone else in his case, including the district attorney and the judge. Additionally, he understood courtroom personnel's role, and he expressed a willingness to work with you in defense of his charges. Finally, he was able to rationally consider various legal decisions he will potentially have to make, and he was able to reason through various hypothetical scenarios in which he was asked to make legal decisions. As such, despite what appears to be ongoing delusional ideation, it is my opinion that Mr. Bautista-Bonneau is not currently incapacitated as defined in ORS 161.360, though his *current* flexibility is a crucial factor in his present ability to move forward with his case.

Following my meeting with Mr. Bautista-Bonneau, we spoke by telephone, and it was agreed that I would produce a work product that summarizes the above findings, rather than a full forensic psychological evaluation report. This document is intended to serve as that work product and is not to be considered a complete forensic psychological evaluation. Furthermore, this document is to be explicitly held under attorney-client privilege unless you determine it should be released to other parties.

Thank you for retaining our practice on this case. If you have any questions pertaining to this evaluation, please do not hesitate to contact me at (503) 928-4365.

Respectfully submitted,

Molly Persky, PsyD
Licensed Psychologist, Oregon #3138
Certified Forensic Evaluator
Lithia Forensics & Consulting, LLC
persky@lithiaforensics.com

Exhibit C
3 of 3

Washington County Jail

# MEDICAL REQUEST FORM PETICION PARA CUIDADO DE SALUD

Date 7/15/26
Time 11:00
Initials

*MENTAL HEALTH REQUEST*

## If you need emergency care, contact your pod deputy immediately.
### Si necesita cuidado de emergencia, comuniquese inmediatamente con el oficial de su pabellon.

1. The clinic schedules AIC visits with health care staff (medical, dental, or mental health) based on the urgency of the need.

2. Under Oregon law (ORS 169.150), the jail may charge you for health care services, medications, and equipment. Some types of public health related care may qualify for a waiver of fees. (See your AIC Manual.)

3. You may buy over-the-counter medications, such as headache and pain relievers, from commissary. You do not need health care staff to see you or to approve your purchase of these items.

4. The jail will not deny you needed health care if you cannot afford to pay fees at the time.

5. A translator is available if you need one for your visit.

6. Mental Health Services are always no charge.

1. La clínica hace citas para los presos con el personal de cuidado de salud—médico, dental o de salud mental—basado en la urgencia del problema.

2. Bajo la ley de Oregon (ORS 169.150), la cárcel puede cobrarle por estos servicios, medicamentos y equipo. Algunas clases de cuidado relacionado con salud pública pueden calificar para servicios gratis. (Ver su manual de preso.)

3. Puede comprar medicamentos de la comisaría que no necesitan receta, como los que son para el dolor. No necesita hacer cita con ni tener aprobación del personal de cuidado de salud para hacer estas compras.

4. La cárcel no le negará cuidado de salud necesario si no puede pagar por los servicios en este momento.

5. Traducción a español está disponible si la necesita.

6. No hay cobro por Servicios de Salud Mental.

No Charge Ml

**AIC Name:** *The Chosen One*
Nobre del preso **Bonneau        Ryan              Frank**
        Last (Apellidos)        First (nombre)        MI (2do nombre)

**JID #:** P07839952        **Booking #:** 2606658
# de sistema                  # de registro

**Problem (BE SPECIFIC):**        Only one (1) complaint per MRF — DESOXYN 5mg PO tid
Problema (especifique)

I need my ADD medication started here. The medication I was taking can be verified by: — Ocean Change Clinic (503) 719-3955 recent as 5/26 — Providence Medical Center St. Vincent Hospital Hospitalist gave me it on person + at discharge — Carol Butler — Pawsley MHNP

**AIC Signature X** [signature]        **Date/time** 7/15/26  1035
firma del preso        fecha/hora

---

**MEDICAL STAFF USE ONLY**

Nursing        **Triage Date/Time:** 7/15/26

**S:** As discussed in pod, this facility does

**O:** not medicate for ADD

**Vitals:** b/p: _____  Pulse: _____  Temp: _____  RR/O2%: _____

**A:**

**P:**

Signature: [signature]        Date/time: 7/15/26        NRS Protocol Used:   Y   (N)        Total Charges $

WCJ-65  (v.3-26)        EX. D 1 of 5        Medical Record

# MEDICAL REQUEST FORM PETICION PARA CUIDADO DE SALUD

Washington County Jail

*mental health*

*Les Chowl one / re Chosonine*

Date 7.18.26
Time 1800
Initials ✍

## If you need emergency care, contact your pod deputy immediately.
### Si necesita cuidado de emergencia, comuniquese inmediatamente con el oficial de su pabellon.

7/25/26
2100
B

1. The clinic schedules AIC visits with health care staff (medical, dental, or mental health) based on the urgency of the need.

2. Under Oregon law (ORS 169.150), the jail may charge you for health care services, medications, and equipment. Some types of public health related care may qualify for a waiver of fees. (See your AIC Manual.)

3. You may buy over-the-counter medications, such as headache and pain relievers, from commissary. You do not need health care staff to see you or to approve your purchase of these items.

4. The jail will not deny you needed health care if you cannot afford to pay fees at the time.

5. A translator is available if you need one for your visit.

6. Mental Health Services are always no charge.

1. La clínica hace citas para los presos con el personal de cuidado de salud—médico, dental o de salud mental—basado en la urgencia del problema.

2. Bajo la ley de Oregon (ORS 169.150), la cárcel puede cobrarle por estos servicios, medicamentos y equipo. Algunas clases de cuidado relacionado con salud pública pueden calificar para servicios gratis. (Ver su manual de preso.)

3. Puede comprar medicamentos de la comisaría que no necesitan receta, como los que son para el dolor. No necesita hacer cita con ni tener aprobación del personal de cuidado de salud para hacer estas compras.

4. La cárcel no le negará cuidado de salud necesario si no puede pagar por los servicios en este momento.

5. Traducción a español está disponible si la necesita.

6. No hay cobro por Servicios de Salud Mental.

*RESUBMITTED 7/25/26*

**AIC Name:** *Bonneau    Ryan    Frank*
Nobre del preso
Last (Apellidos)        First (nombre)            MI (2do nombre)

**JID #:** *P07839952*
# de sistema

**Booking #:** *26060058*
# de registro

## Problem (BE SPECIFIC):
Problema (especifique)                    *Only one (1) complaint per MRF*

*For anxiety the OSH gave me Ativan 1mg PRN I need my ADD medication Desoxyn 25mg tid or if in jail sometimes they give me too (in addition) Wellbutrin (normal dose) but anything either or please to go as soon as can be. the State Hospital gave me it*

**AIC Signature X** *R. Boo*                 **Date/time** *7/18/26 / 035*
firma del preso                              fecha/hora

---

**Nursing**                                  **Triage Date/Time:**

**S:** Added to mental health schedule to review + discuss.

**O:** (Resubmitted 7/25/26) Need OSH meds Rx given 7/

**Vitals:**   b/p:____   Pulse:____   Temp:____   RR/O2%:____

**A:** Ativen and Desoxy will not be started at this facility due to high risk abuse potential. Will forward about wellbutrin. KB 7/25/26

**P:**

EX D 2065

**Total Charges**
$

**Signature:** ____   **Date/time:** 7.18.24   **NRS Protocol Used:**   Y   (N)

*Do they give you medication when they let you out of this place?? yes.*

Washington County Jail

# MEDICAL REQUEST FORM PETICION PARA CUIDADO DE SALUD

Date _____
Time _____
Initials _____

## If you need emergency care, contact your pod deputy immediately.

### Si necesita cuidado de emergencia, comuniquese inmediatamente con el oficial de su pabellon.

1. The clinic schedules AIC visits with health care staff (medical, dental, or mental health) based on the urgency of the need.

2. Under Oregon law (ORS 169.150), the jail may charge you for health care services, medications, and equipment. Some types of public health related care may qualify for a waiver of fees. (See your AIC Manual.)

3. You may buy over-the-counter medications, such as headache and pain relievers, from commissary. You do not need health care staff to see you or to approve your purchase of these items.

4. The jail will not deny you needed health care if you cannot afford to pay fees at the time.

5. A translator is available if you need one for your visit.

6. Mental Health Services are always no charge.

1. La clínica hace citas para los presos con el personal de cuidado de salud—médico, dental o de salud mental—basado en la urgencia del problema.

2. Bajo la ley de Oregon (ORS 169.150), la cárcel puede cobrarle por estos servicios, medicamentos y equipo. Algunas clases de cuidado relacionado con salud pública pueden calificar para servicios gratis. (Ver su manual de preso.)

3. Puede comprar medicamentos de la comisaría que no necesitan receta, como los que son para el dolor. No necesita hacer cita con ni tener aprobación del personal de cuidado de salud para hacer estas compras.

4. La cárcel no le negará cuidado de salud necesario si no puede pagar por los servicios en este momento.

5. Traducción a español está disponible si la necesita.

6. No hay cobro por Servicios de Salud Mental.

**AIC Name:** Bonneau Ryan
*Nobre del preso*

Last (Apellidos)          First (nombre)          MI (2do nombre)

**JID #:** PD7839952
*# de sistema*

**Booking #:** 21601de58
*# de registro*

**Problem (BE SPECIFIC):**          *Only one (1) complaint per MRF*
Problema (especifique)

Hey this medical is gonna get infected if you dont give me antibiotics NOW I have a medical degree from Harvard I need erythromycin swishes and mupirocen ointment topical plus gauze

**AIC Signature X** RB
firma del preso

**Date/time** 7/2/26 1035
fecha/hora

---

**Nursing**          **Triage Date/Time:**

S: You were seen by the provider on 7/3 and testing was ordered. Once the results of your labs have been recieved, a proper plan of care can be
O: established.

Vitals:     b/p: _____     Pulse: _____     Temp: _____     RR/O2%: _____

A:

P:

EX 0 3065

Total Charges

Signature: Em          Date/time: 7/3          NRS Protocol Used:   Y   (N)   $

MEDICAL STAFF USE ONLY

WCJ-65 (v.3-26)          Medical Record



*Washington County Jail* EMERGENCY                                                    Date 7/4/20
# MEDICAL REQUEST FORM  PETICION PARA CUIDADO DE SALUD                                Time 2:00
                                                                                      Initials 25

*Due to the circumstances I will show the injury to (anyone) male or female it doesn't matter*

## If you need emergency care, contact your pod deputy immediately,
### Si necesita cuidado de emergencia, comuníquese inmediatamente con el oficial de su pabellón.

| | | |
|---|---|---|
| 1. | The clinic schedules AIC visits with health care staff (medical, dental, or mental health) based on the urgency of the need. | 1. La clínica hace citas para los presos con el personal de cuidado de salud—médico, dental o de salud mental—basado en la urgencia del problema. |
| 2. | Under Oregon law (ORS 169.150), the jail may charge you for health care services, medications, and equipment. Some types of public health related care may qualify for a waiver of fees. (See your AIC Manual.) | 2. Bajo la ley de Oregon (ORS 169.150), la cárcel puede cobrarle por estos servicios, medicamentos y equipo. Algunas clases de cuidado relacionado con salud pública pueden calificar para servicios gratis. (Ver su manual de preso.) |
| 3. | You may buy over-the-counter medications, such as headache and pain relievers, from commissary. You do not need health care staff to see you or to approve your purchase of these items. | 3. Puede comprar medicamentos de la comisaría que no necesitan receta, como los que son para el dolor. No necesita hacer cita con ni tener aprobación del personal de cuidado de salud para hacer estas compras. |
| 4. | The jail will not deny you <u>needed</u> health care if you cannot afford to pay fees at the time. | 4. La cárcel no le negará cuidado de salud <u>necesario</u> si no puede pagar por los servicios en este momento. |
| 5. | A translator is available if you need one for your visit. | 5. Traducción a español está disponible si la necesita. |
| 6. | Mental Health Services are always no charge. | 6. No hay cobro por Servicios de Salud Mental. |

AIC Name: **Bonneau      Ryan      the chosen one**
Nobre del preso
Last (Apellidos)          First (nombre)              MI (2do nombre)

JID #: P07839952                    Booking #: 26006058
# de sistema                        # de registro

## Problem (BE SPECIFIC):                 Only one (1) complaint per MRF
Problema (especifique) **MY WEINER has gotten worse — Backstory someone put cayenne pepper in my boxer shorts as an alleged prank — It caused my weiner to bubble up at first when the skin came off recently it is RAW underneath and EXPOSED weeping ... I BELIEVE due to the sensitive nature of the injury it is prudent to do Enythromycin 500 mg x3 daily for 14 days plus mupirocin Ointment and gauze**

AIC Signature X _____                    Date/time 7/5/26 1:23am
firma del preso

---

| MEDICAL STAFF USE ONLY | Nursing | Triage Date/Time: | MEDICAL STAFF USE ONLY |
|---|---|---|---|
| | S: | | |
| | O: | | |
| | Vitals:    b/p: ____    Pulse: ____    Temp: ____    RR/O2%: ____ | | |
| | A:                        EX D 4 of 5 | | |
| | P: Scheduled for nurse sick call to assess | | |

Signature: _____ APN    Date/time: 7/5/26 0700    NRS Protocol Used:  Y  (N)    Total Charges $

WCJ-65 (v.3-26)                                                              Medical Record

# MEDICAL REQUEST FORM PETICION PARA CUIDADO DE SALUD

Date _____
Time _____
Initials _____

*Handwritten across top: EMERGENCY — COULD BE FLESH EATING BACTERIA — I HAVE HX OF MRSA*

*Handwritten left margin: Allergy?*

### If you need emergency care, contact your pod deputy immediately.
### Si necesita cuidado de emergencia, comuniquese inmediatamente con el oficial de su pabellon.

1. The clinic schedules AIC visits with health care staff (medical, dental, or mental health) based on the urgency of the need.

2. Under Oregon law (ORS 169.150), the jail may charge you for health care services, medications, and equipment. Some types of public health related care may qualify for a waiver of fees. (See your AIC Manual.)

3. You may buy over-the-counter medications, such as headache and pain relievers, from commissary. You do not need health care staff to see you or to approve your purchase of these items.

4. The jail will not deny you needed health care if you cannot afford to pay fees at the time. *KEEPS GETTING*

5. A translator is available if you need one for your visit. *WORSE —*

6. Mental Health Services are always no charge. *TAKE ME I (ER)*

1. La clínica hace citas para los presos con el personal de cuidado de salud—médica, dental o de salud mental—basado en la urgencia del problema.

2. Bajo la ley de Oregon (ORS 169.150), la cárcel puede cobrarle por estos servicios, medicamentos y equipo. Algunas clases de cuidado relacionado con salud pública pueden calificar para servicios gratis. (Ver su manual de preso.)

3. Puede comprar medicamentos de la comisaría que no necesitan receta, como los que son para el dolor. No necesita hacer cita con ni tener aprobación del personal de cuidado de salud para hacer estas compras.

4. La cárcel no le negará cuidado de salud necesario si no puede pagar por los servicios en este momento.

5. Traducción a español está disponible si la necesita.

6. No hay cobro por Servicios de Salud Mental.

**AIC Name:** *Bonneau Ryan Frank*
Nobre del preso
Last (Apellidos)  *aka The Chosen one*   First (nombre)   MI (2do nombre)   *DOB July 21, 1996*
*See Bible*

**JID #:** *P07839952 aka Cannibal* *Booking #:* *2606658*
# de sistema                                # de registro

**Problem (BE SPECIFIC):** *Gauze  Please*     Only one (1) complaint per MRF
Problema (especifique) *I need topical antibiotic ointment (mupirocin) and I need oral antibiotics too for a infection on my wether most likely impetigo*

**AIC Signature X** *[signature]*     **Date/time** *7/9/26  1035*
firma del preso                          fecha/hora

---

**Nursing**   **Triage Date/Time:**

**S:** *You are on the list to see the medical provider.*

**O:**

Vitals: ____  b/p: ____  Pulse: ____  Temp: ____  RR/O2%: ____

**A:**

**P:** *EVO 5065*

MEDICAL STAFF USE ONLY

Signature: _____  Date/time: ____  NRS Protocol Used:  Y   N    Total Charges $ ____

WCJ-65 (v.3-26)                                    Medical Record

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**Office of the Clerk**
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204

**MELISSA AUBIN**
Clerk of Court

**PAUL BRUCH**
Chief Deputy Clerk

July 22, 2026

Ryan Bonneau
2606658
Washington County Jail
215 SW Adams St, MS S35
Hillsboro, OR 97123-3874

Re: ~~Filing Fee 3:26-cv-00878-AN Bonneau v Dept of Motor Vehicles~~

To Ryan Bonneau:           *was obviously for*
                    *Case 3:26-cv-01503-CL*

Enclosed herewith please find check number 30469 for $5.00 which is being returned to you for the reason noted below.

**REASON FOR RETURN**

The check amount for filing is incorrect therefore; we are unable to process the payment. Please submit a check with the proper amount and return it to us for processing. See the included *Court Fees*.

Please feel free to contact Intake here at our office for any questions with your request. The Intake number is (503) 326-8000.

Sincerely,

Finance Department
US District Court for the District of Oregon

Enclosures

*Let me find out the court is part of "The Bury" too*   *EX. E 1062*